IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Henderson, Osborn

Printed: 1/29/08

Case Number: 07 B 03867
Judge: Hollis, Pamela S
Filed: 3/5/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: December 17, 2007
Confirmed: June 4, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,103.00 |  |
| Secured: |  | 1,043.44 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 59.56 |
| Other Funds: |  | 0.00 |
| Totals: | 1,103.00 | 1,103.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 1,500.00 | 0.00 |
| 2. | Nissan Motor Acceptance Corporation | Secured | 9,584.78 | 1,043.44 |
| 3. | Nissan Motor Acceptance Corporation | Unsecured | 5,976.27 | 0.00 |
| 4. | Nationwide Acceptance Corp | Unsecured | 2,881.15 | 0.00 |
| 5. | American General Finance | Unsecured | 1,290.03 | 0.00 |
| 6. | ECast Settlement Corp | Unsecured | 297.77 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 80.57 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 257.26 | 0.00 |
| 9. | ARM | Unsecured |  | No Claim Filed |
| 10. | City of Rockford | Unsecured |  | No Claim Filed |
| 11. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 12. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 13. | Corporate Collection Service | Unsecured |  | No Claim Filed |
| 14. | Grant Hospital | Unsecured |  | No Claim Filed |
| 15. | LVNV Funding | Unsecured |  | No Claim Filed |
| 16. | Park Dansan | Unsecured |  | No Claim Filed |
| 17. | Payday Loan | Unsecured |  | No Claim Filed |
| 18. | Professional Account Management | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 21,867.83 | $ 1,043.44 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 59.56 |
|  | _____ |
|  | $ 59.56 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Henderson, Osborn

Printed:  1/29/08

Case Number:  07 B 03867
Judge:  Hollis, Pamela S
Filed:  3/5/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

